# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PS FUNDING, INC.,

    Plaintiff,

v.

QAZ LLC, CSL HOLDINGS LLC, HELEN CHOU, CRS LLC, and LEANNE SPRINGSTRON,

    Defendants.

Case No. 19-CV-222-JPS

**ORDER**

    On February 11, 2019, Plaintiff filed this foreclosure action. (Docket #1). On March 15, 2019, a summons was issued as to all Defendants. On April 11, 2019, Plaintiff filed a notice of voluntary dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. (Docket #4). No defendant has served an answer or response to the complaint or a motion for summary judgment. Therefore, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

    Accordingly,

    **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

    Dated at Milwaukee, Wisconsin, this 17th day of April, 2019.

    BY THE COURT:

    _____
    J.P. Stadtmueller
    U.S. District Judge